### PAT MALONE v. STATE.

No. A-576. Opinion Filed May 23, 1911.

Appeal from Tulsa County Court; N. J. Gubser, Judge.

Pat Malone was convicted of violating the prohibitory law, and appeals. Affirmed.

Biddison & Campbell, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Plaintiff in error, Pat Malone, was convicted on the 23rd day of November, 1909, on a charge of unlawfully selling intoxicating liquor, fined fifty dollars and sentenced to thirty days imprisonment in the county jail. The record discloses no prejudicial error, and the judgment of the trial court is therefore affirmed, with directions to that court to enforce the judgment and sentence.

---

### JOHN CLARY v. STATE.

No. A-581. Opinion Filed May 23, 1911.

Appeal from Seminole County Court; T. S. Cobb, Jugde.

John Clary was convicted of selling intoxicating liquors, and appeals. Reversed and remanded.

Davis & Davis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The plaintiff in error was convicted in the Seminole county court at the October, 1909, term, on a charge of selling intoxicating liquor, and his punishment fixed at a fine of one hundred fifty dollars and imprisonment in the county jail for a period of thirty days. The record in this case discloses the fact that this was a very strenuous trial. The trial judge seems to have overlooked the fact that it was his duty to preside in a fair and impartial manner, and in a great many ways he was guilty of conduct prejudicial to the substantial rights of the plaintiff in error. It would be a gross miscarriage of justice to permit a conviction to stand, had under proceedings as are disclosed by this record. The judgment of the trial court is reversed and the cause remanded for a new trial.